UNITED STATES DISTRICT COURT
EASTERN DISRICT OF NEW YORK

-----------------------------------------------------------------x

JONATHAN OGBOROGE, individually
and on behalf of all others similarly situated,

                                                      Case No.:
                                                      1:24-cv-02087 (RER)(LKE)

     Plaintiff,

   v.

UNITED AIRLINES, INC.,

     Defendant.

-----------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Jonathan Ogboroge hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant United Airlines, Inc.

Date:   September 16, 2025

                                            GISKAN SOLOTAROFF & ANDERSON LLP

                                            /s/ *Catherine E. Anderson*
                                            Catherine E. Anderson
                                            canderson@gslawny.com
                                            8 Rockefeller Plaza, 8th Floor
                                            New York, New York 10020
                                            (212) 847-8315

\

                                            David R. Markham, Esq.
                                            dmarkham@markham-law.com
                                            THE MARKHAM LAW FIRM
                                            888 Prospect St., Suite 200
                                            La Jolla, California 92037
                                            Tel: (619) 399-3995

Ian Pancer, Esq.
ian@sandiegolegal.net
**THE LAW OFFICE OF IAN PANCER**
105 West F St. #400
San Diego, California 92101
Tel: (619) 955-6644
Fax: (619) 374-7410