

O'Melveny & Myers LLP    T: +1 212-326-2000
1301 Avenue of the Americas    F: +1 212-326-2061
Suite 1700    omm.com
New York, NY 10019-6022

September 19, 2025

**Mark W. Robertson**
D: +1 212-326-4329

<u>**VIA ECF**</u>

Hon. Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   <u>**Ogboroge v. United Airlines, Inc.**</u>**, No. 1:24-cv-02087-RER-JAM (E.D.N.Y.)**

Dear Judge Reyes:

On behalf of United Airlines, we write to request that the Court resolve United's pending Rule 11 motion (Dkt. 29).  Plaintiff's notice of voluntary dismissal (Dkt. 39) does not moot the motion or deprive this Court of jurisdiction to resolve it.  *See, e.g.*, *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395 (1990) ("[D]istrict courts may enforce Rule 11 even after the plaintiff has filed a notice of dismissal under Rule 41(a)(1).").

Respectfully submitted,

/s/ *Mark W. Robertson*

Mark W. Robertson
for O'MELVENY & MYERS LLP

cc:   All counsel of record